IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFRED D. MCADAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| ANDREW M. SAUL,[1] | : | No. 20-cv-01905-RAL |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

### O R D E R

**AND NOW** this 19th day of April, 2021, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Petitioner's Motion for Summary Judgment (Doc. No. 16) is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. See *Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

3. The Clerk of Courts shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

*s/Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. Magistrate Judge**

---

[1] Andrew M. Saul became the Commissioner of Social Security on June 4, 2019, and is therefore substituted as the defendant in this action. *See* Fed. R. Civ. P. 25(d)(1); 42 U.S.C. § 205(g) (Social Security disability actions "survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office").